IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FRANCISCO BASA,                                                    CV. 08-909-MA

            Petitioner,                                                   ORDER

    v.

J.E. THOMAS, Warden, FCI
Sheridan,

            Respondent.

MARSH, Judge

    Respondent's unopposed motion to dismiss (#15) is GRANTED.

This proceeding is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this _14_ day of April, 2010.


                              _/s/  Malcolm F. Marsh_____
                              Malcolm F. Marsh
                              United States District Judge


1 -- ORDER